UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENE GATO,<br><br>　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:24-cv-00236-MMD-CSD<br><br>ORDER |

*Pro se* Petitioner Rene Gato has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, an incomplete motion for leave to proceed *in forma pauperis* ("IFP"), a motion for appointment of counsel, and a motion for a hearing. (ECF Nos. 1, 1-1 ("Petition"), 1-3, 1-4.)

Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs; (b) a financial certificate signed by the prisoner and an authorized prison official; and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Although Gato filed an IFP application and acknowledgement, he has not included a financial certificate or his account statement. (*See* ECF No. 1.) Gato has until July 19, 2024 to either pay the $5 filing fee or submit his missing IFP application documents.

It is therefore ordered that the initial screening of Petitioner Rene Gato's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases

and consideration of his motions are deferred until such time as he has fully complied with this Order.

It is further ordered that on or before July 19, 2024, Gato must file his financial certificate and account statement *or* pay the $5 filing fee. Gato's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further ordered that the Clerk of Court send Gato a blank copy of the IFP application form for inmates along with instructions.

DATED THIS 20th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE